United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   SCOTT JOHNSON,                           Case No. 21-cv-08530-JST
8           Plaintiff,
9       v.                                   **ORDER TO SHOW CAUSE**
10  VEGETARIAN GOLDEN BAMBOO, INC.,          Re: ECF No. 18
11          Defendant.
12
13      Plaintiff Scott Johnson served his complaint on Defendant Vegetarian Golden Bamboo, Inc. in this case on December 23, 2021. ECF No. 12. Under General Order 56, the parties were required to complete a joint site inspection by February 21, 2022. *See id.* ¶ 7. The parties did not comply with that deadline. *See* ECF No. 18. Instead, more than one month after the deadline had lapsed, the parties filed a stipulation to extend the site inspection deadline. *Id.*

   The Court notes that it has already been frequently required to address Plaintiff's, and Plaintiff's counsel's, failure to comply with the Court's deadlines. *See Johnson v. Silvercreek Yuba I, LLC*, Case No. 21-cv-05907; *Johnson v. Gamba*, Case No. 21-cv-06708; *Whitaker v. Sugarman*, Case No. 21-cv-07308; *Johnson v. T&V Investment, Inc.*, Case No. 21-cv-09162.

   The parties are ordered to show cause in writing by May 24, 2022, as to why sanctions should not be imposed for failure to comply with the Court's orders. *See* Civ. L.R. 1-4; *Wang v. Nevada Sys. of Higher Educ.*, No. 3:18-CV-00075-MMD(CLB), 2022 WL 95428, at *4 (D. Nev. Jan. 10, 2022) ("Federal courts have the inherent power to punish conduct which abuses the judicial process, including accessing attorneys' fees when a party has 'acted in bad faith, vexatiously, wantonly, or for oppressive reasons.'" (quoting *Chambers v. NSDCO, Inc.*, 501 U.S. 32, 45-46 (1991)).

The Court will conduct a show cause hearing on June 7, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  April 1, 2022



JON S. TIGAR
United States District Judge